# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Raisa and Yevgeniy Burd, Raju : 
and Kalpana Gurung, and : 
Henry Pietkiewicz, : 
                   Appellants : 
                   : 
           v. :   No. 1049 C.D. 2021
                   : 
Borough of Brentwood Zoning : 
Hearing Board, Borough of : 
Brentwood and Agile : 
Development, LLC : 

## **PER CURIAM**           **O R D E R**

     **NOW**, July 3, 2023, the Application to Report Unreported Opinion filed by Appellants, to which no response was filed, is **GRANTED**. The above-captioned Memorandum Opinion, filed April 18, 2023, shall be designated OPINION and shall be REPORTED.